UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KENNETH T. LUKOMSKI, ) | |
| ) | |
| Plaintiff ) | |
| ) | CAUSE NO.   3:03-CV-177 RM |
| vs. ) | |
| ) | |
| JOHN R. VanNATTA, ) | |
| ) | |
| Defendant ) | |

OPINION AND ORDER

Kenneth T. Lukomski, a *pro se* prisoner, filed a letter asking to reopen this case because he is suffering from harassment and retaliation as a result of his filing, litigating, and/or settling of this case. Mr. Lukomski has not presented any grounds for reopening this case pursuant to FED. R. CIV. P. 60, therefore his request (docket # 71) is **DENIED**. Mr. Lukomski asks for advice on how to proceed. This court does not represent him and it is not for this court to advise him on how to proceed. Nevertheless, if he believes that these events present an independent claim under 42 U.S.C. § 1983, then he may file a separate lawsuit addressing these claims.

SO ORDERED.

ENTERED: July 18 , 2005

　　　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　United States District Court